United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL B. PIERCE,<br>　　　　Plaintiff,<br>　　v.<br>JEFFREY NEKAMOTO, et al.,<br>　　　　Defendants. | Case No. 18-cv-07279-SI<br><br>**ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT**<br><br>Re: Dkt. No. 17 |

Plaintiff's request for an extension of the deadline to file his amended complaint is GRANTED. Docket No. 17. Plaintiff must file his amended complaint no later than **July 12, 2019,** or the action will be dismissed. No further extensions of the deadline should be expected because, by the time it arrives, plaintiff will have had more than three months to prepare the amended complaint.

**IT IS SO ORDERED**.

Dated: May 14, 2019

　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge