UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL B. PIERCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY NEKAMOTO, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-07279-SI<br><br>**JUDGMENT** |

This action is dismissed with prejudice for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 9, 2019

_____
SUSAN ILLSTON
United States District Judge